BASTIAN BROTHERS COMPANY, Respondent, *v.* REGAL DOLL MANUFACTURING Co., INC., Appellant.

(Submitted October 7, 1930; decided October 21, 1930.)

*Jacob Zelenko, Herman H. Levy* and *Philip Birnbaum* for appellant.

*Kenneth B. Keating* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.